UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04 10896 RWZ

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No. |
| ) | MAGISTRATE JUDGE Bowler |
| WILLIAM BARTLETT, and ) | |
| SUSAN BARTLETT ) | |
| ) | |
| Defendants ) | |

COMPLAINT FOR REPOSSESSION OF CHATTELS

The United States of America, by and through its attorneys Michael J. Sullivan, United States Attorney, and Christopher Donato, Assistant United States Attorney, states for its complaint as follows:

1. The Court has jurisdiction over this action under 28 U.S.C. 1345. Venue is proper because the Defendant resides in this District.

2. Plaintiff is the United States of America, which brings this action on behalf of the Farm Service Agency, United States Department of Agriculture (hereinafter "FSA"), which has an office at 445 West Street, Amherst, Massachusetts.

3. Defendants William and Susan Bartlett adult individuals who reside at 26 Congress Street, Salisbury, Massachusetts 01952.

4. William and Susan Bartlett are indebted to FSA on account of a series of loans made pursuant to the Consolidated Farm and Rural Development Act and the Emergency Agricultural Credit Adjustment Act of 1978. The loans are evidenced by five promissory notes in the amounts of $13,630.00, $16,370.00, $15,000.00, $13,300.00,$75,000.00 and $40,000.00. Copies of the promissory notes are attached hereto as Exhibits A through F, respectively.

5. In order to secure repayment of the loans, William and Susan Bartlett executed and delivered to FSA a Security Agreement, dated March 30, 2000, which covered, among other things, all livestock, crops and equipment. A copy of the March 30, 2000 Security Agreement is attached hereto as Exhibit G.

6. In order to perfect the security interest granted by the Security Agreement, the Bartletts executed and delivered to FSA a financing statement, which was duly recorded in the office of the Secretary of State. A copy of the financing statement is attached hereto as Exhibit H.

7. The Barletts defaulted on the promissory notes and Security Agreement by failing to make payments when due, and FSA accelerated their account on December 16, 2003.

8. The amount due and owing on the Bartlett account as of March 15, 2004 totaled $114,618.43, with interest from that date at the rate of $14.1127 per diem.

WHEREFORE, the United States of America demands:

A.   A Judgment in the amount of $114,618.43, plus interest to be entered against the Defendants.

B.   Repossession of the chattels described in the Security Agreement to permit sale thereof by the Plaintiff;

C. An order that the proceeds of said sale be applied so far as they may extend to the costs and expenses of this litigation and next to the Defendants' account; and

D. That the Court order such other and further relief as seems just.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By: *[signature]*

CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3328

Date: May 5, 2004