Mr. Tony Anastas
Clerk of the United States District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210

May 21, 2004

Dear Sir,

I am writing to you today to reply to a Summons In A Civil Case, case number 04 10896 RWZ, United States Of America v. William M. Bartlett and Susan H. Bartlett.

At this time, we do not have an attorney and are unable to pay this debt in full but are requesting an agreement to make payment arrangements.
I spoke with Nancy Rojas today, in the US Attorney's Office and she recommended I write to you in response to the aforementioned case.

Sincerely, *William M. Bartlett*
*Susan Bartlett*

William M. Bartlett
Susan Bartlett
26 Congress St.
Salisbury, MA 01952
978-388-4123