UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No. 04-10896-RWZ |
| | ) | |
| WILLIAM M. BARTLETT and | ) | |
| SUSAN H. BARTLETT, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREEMENT FOR JUDGMENT

The plaintiff, the United States of America, and the defendants, William M. Bartlett and Susan H. Bartlett (hereinafter "the defendants"), hereby agree to entry of judgment against the defendants in the amount of $114,618.43, which includes the principal amount of $105,130.66; plus $9,487.77 accrued interest at the rate of 4.9 percent on the debt through and including March 15, 2004, with interest at the post-judgment rate from the date of entry of this judgment to the date of its satisfaction.

The United States and the defendants agree to entry of this judgment on the following terms and conditions:

1. the defendants are required to submit a personal financial statement, which is issued by the Department of Justice, on or before the judgment anniversary date of each year. It shall be the responsibility of the defendants to obtain a copy of the personal financial statement from the United States Attorney's Financial Litigation Unit.

2. Payment for the first year of repayment are to be made as follows:

   a. The defendants will make monthly payments in the amount of $200.00 commencing on September 15, 2004.

   b. In no event shall the monthly payments be less than $200.00.

3. Upon annual review of the defendants' financial statement, payments for the proceeding years will not exceed fifteen percent of the defendants' total income.

4. Payment envelopes must be post marked on or before the 15th day of each month.

5. A material default occurs if the defendants fails to satisfy any of the conditions set forth in paragraph 1 through 4.

6. A material default also occurs if the defendants makes any false statements to the United States regarding the defendants' financial condition.

7. Because early payments are not penalized, the defendants are encouraged to make them.

8. IF A MATERIAL DEFAULT OCCURS, THE TERMS OF PARAGRAPHS ONE (1), TWO (2), AND THREE (3) ARE VOID AND THE ENTIRE AMOUNT OF JUDGMENT IS DUE IMMEDIATELY. THE UNITED STATES WILL USE ALL REMEDIES TO COLLECT THE FULL AMOUNT OF THE JUDGMENT, INCLUDING THOSE PURSUANT TO THE FEDERAL DEBT COLLECTIONS PROCEDURES ACT.

9. Upon entry of the judgment, the United States may take whatever action is necessary to perfect a lien on such judgment under federal and state law.

FOR THE PLAINTIFF:
Dated: July 29, 2004

                UNITED STATES OF AMERICA
                By its attorneys

                MICHAEL J. SULLIVAN
                United States Attorney

By: /s/ Christopher R. Donato
                CHRISTOPHER R. DONATO
                Assistant U.S. Attorney
                1 Courthouse Way, Suite 9200
                Boston, MA 02210

FOR THE DEFENDANTS
Dated: August 10, 04

/s/ William M. Bartlett         /s/ Susan H. Bartlett
WILLIAM M. BARTLETT       SUSAN H. BARTLETT